**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BRAD NEZAT** | * | **CIVIL ACTION NO. 20-874** |
| | * | |
| **VERSUS** | * | **JUDGE JOHN W. deGRAVELLES** |
| | * | |
| **UNUM LIFE INSURANCE COMPANY** | * | **MAGISTRATE JUDGE ERIN** |
| **OF AMERICA** | * | **WILDER DOOMES** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

Baton Rouge, Louisiana this  28th  day of  July , 2021.

_____
**UNITED STATES DISTRICT COURT JUDGE**